UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO. 6:21-CV-04036** |
| **VERSUS** | **JUDGE JUNEAU** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Complaint filed on November 22, 2021 by Plaintiff was DEFICIENT for the following reason(s):

- ✓ No filing fee accompanied this complaint. The filing fee for a new civil action is $402.00 and the filing fee for a habeas corpus petition is $5.00. Within ten (10) days from the date of this notice you must either pay the required fee or submit a completed Application for Leave to Proceed *In Forma Pauperis*. See 28 USC § 1914.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.