*(Rev. 12/6/12)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

_____    Civil Action No. _____

Plaintiff

VS.    Judge _____

Magistrate Judge _____

_____

Defendant

**APPLICATION TO PROCEED *IN FORMA PAUPERIS*
UNDER SECTION 706 (f) OF THE CIVIL RIGHTS ACT OF 1964**

1. Full Name _____

2. Address _____

    (Street Address or P.O. Box)

    _____
    (City)                                      (State)    (Zip Code)

3. Marital Status:    Single [ ]    Married [ ]    Separated [ ]
                      Divorced [ ]   Widowed [ ]

4. Are you presently employed?    Yes [ ]    No [ ]

    If the answer is "Yes," give your occupation, the name and address of your employer and the gross and net amount of your salary.

    _____
    (Occupation)           (Gross Salary)        (Net Salary)

    _____
    (Name and Address of Your Employer)

5. If you are not presently employed, state the date of your last employment, the name and address of your employer and your salary.

    _____
    (Date Last Employed)                              (Salary)

    _____
    (Name and Address of Your Last Employer)

*(Rev. 12/6/12)*

6. If you are married and if your spouse is employed, state his/her name, occupation, employer, address of employer and salary.

   _____
   (Name of Spouse)           (Occupation)           (Salary)

7. Approximately how much money have you received in the past twelve months from the following sources:

   as wages, salary, commissions or earned income of any kind?   _____

   as workman's compensation or disability insurance?   _____

   as rent payments, interest, dividends?   _____

   as pensions, annuities or life insurance payments?   _____

   from social security, unemployment compensation or welfare payments?   _____

   as gifts or inheritance?   _____

   from other sources?   _____

8. How much money do you own or have in any checking or savings account?   _____

9. Do you own or have any interest in any real estate, automobiles or other vehicles, boats, stocks, bonds, notes, or any other valuable property (excluding ordinary household furnishings and clothing)?   Yes [ ]   No [ ]

   If "Yes," give a description of the property and its estimated value.   _____

   _____

   _____

*(Rev. 12/6/12)*

10. Is anyone dependent on you for support?   Yes ☐   No ☐
    If "Yes," give names, ages, relationship to you, and the amount you contribute toward their support. _____

    _____
    _____
    _____
    _____

11. List any debts you have and the amount owed.

    <u>Creditor</u>                                            <u>Amount Owed</u>

    _____          _____
    _____          _____
    _____          _____
    _____          _____

12. List your monthly living expenses.

    _____          _____
    _____          _____
    _____          _____
    _____          _____
    _____          _____

I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

_____          _____
(Date)                          (Signature of Applicant)

Page 3 of 3