AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana ▼

| | |
|---|---|
| Kimolyn Minor ) ) ) ) *Plaintiff(s)* ) v. ) Louisiana State University at Eunice by and through ) its Board of Supervisors, Kyle Smith, in his individual ) and official capacity; and DOES 1-20, inclusive. ) ) ) *Defendant(s)* ) | Civil Action No. 6:21-cv-04036 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Louisiana State University at Eunice
c/o Board of Supervisors
104B University Administration Building
3810 West Lakeshore Drive
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimolyn Minor, pro se
409 South Bailey Street
Abbeville, Louisiana 70610

Keith Altman (pro hac vice pending)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____  _____
                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-04036

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Louisiana ▼

| | | |
|---|---|---|
| Kimolyn Minor | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 6:21-cv-04036 |
| Louisiana State University at Eunice by and through its Board of Supervisors, Kyle Smith, in his individual and official capacity; and DOES 1-20, inclusive. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kyle Smith
c/o Board of Supervisors
Louisiana State University at Eunice
104B University Administration Building
3810 West Lakeshore Drive
Baton Rouge, Louisiana 70808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kimolyn Minor, pro se
409 South Bailey Street
Abbeville, Louisiana 70610

Keith Altman (pro hac vice pending)
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-04036

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____
                                                              _____
                                                                          *Server's signature*

                                                              _____
                                                                          *Printed name and title*

                                                              _____
                                                                          *Server's address*

Additional information regarding attempted service, etc:

The Law Office of Keith Altman
33228 West 12 Mile Road
Ste. 375
Farmington Hills, MI 48334

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 6 2021

TONY R. MOORE, CLERK
BY _____
            DEPUTY

Clerk of the Court
United States District Court
District of Western Louisiana
800 Lafayette Street
Lafayette, Louisiana 70501

CHARLOTTE NC 280

2 DEC 2021 PM 3 L

HAPPY HOLIDAYS

53⁰ cents
US POSTAGE
FIRST-CLASS

70501-686525