U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC - 6 2021

TONY R. MOORE, CLERK
BY _____ DEPUTY

# The Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
(248) 987-8929
keithaltman@kaltmanlaw.com

December 1, 2021

Clerk of the Court
United States District Court
District of Western Louisiana
800 Lafayette Street
Lafayette, Louisiana 70501

Re:    Kimolyn Minor v. Louisiana State University
          Case No. 6:21-cv-04036

Dear Sir or Madam:

Enclosed please find two summonses to be issued in the above-referenced case. If everything appears to be in order, please issue them and return them in the postage-paid, return envelope.

Thank you for your assistance in this matter.

Best Regards,

/s/ Keith Altman

Keith Altman, Esq.

1