




PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY® MAIL

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
ComBasPrice
062S0014544273
FROM 29720

stamps endicia
12/10/2021

PRIORITY MAIL 3-DAY™

The Law Office of Keith Altman
33228 West 12 Mile Road
Ste. 375
Farmington Hills MI 48334

0006

C044

SHIP TO:
CLERK OF THE COURT
United States District Court
DISTRICT OF WESTERN LOUISIANA
800 LAFAYETTE ST STE
LAFAYETTE LA 70501-6800

USPS TRACKING #

9405 5118 9956 1358 0264 69

To schedule free Package Pickup,
scan the QR code.

USPS.COM/PICKUP