Case 6:21-cv-04036-RRS-DJA Document 7 Filed 01/24/22 Page 1 of 2 PageID #: 47

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 24 2022

TONY R. MOORE, CLERK
BY: _____ MB
DEPUTY

Civil Action No. 6:21-CV-04036-MJJ-PJH

## PROOF OF SERVICE

*(This form should not be filed with the court unless required by Federal Rules)*

I received the attached First Rule 31 for *(name)*  Kyle Smith

on *(date)* _____ .

☑ I served the pleading by delivering a copy to the named as follows: personally at his place of residence, a single-family dwelling at 119 RUE CLER, CHURCH POINT, LA 70525-9801 in Acadia Parish

on *(date)* 01/06/2022 ; or

☐ I returned the pleading unexecuted because: _____

Unless the pleading was issued on behalf of the United States, or one of its officers or agents, I have also tendered the fees attendance, and the mileage allowed by law, in the amount of

$ 0.00

My fees are $ 0.00 for travel and $ 418.00 for services, for a total of $ 418.00

I declare under penalty of perjury that this information is true.

Date: 01/06/2022

*Chad P. Sonnier*
Server's signature

Chad Sonnier, Process Server
Printed name and title
CAPITAL PROCESS SERVICE, LLC
5916 South Shore Dr., Baton Rouge, LA 70817
225-756-2537
www.BatonRougeProcessServer.com
Server's address

Additional information regarding attempted service, etc.:

Attempted to serve Kyle Smith of Louisiana State University at Eunice through LSU Legal Counsel at 3810 W. Lake Shore Dr., Baton Rouge, LA. Service refused, personal service must be effected on Dr. Smith.

Attempted to serve Kyle Smith of Louisiana State University at Eunice at his place of Employment, LSUE in Eunice, LA. Multiple unsuccessful attempts found subject not in his office

Skip Trace found defendants home address in Church Point, LA (community of Mire) in Acadia Parish.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | |
|---|---|
| KIMONLYN MINOR<br>Plaintiff<br><br>v.<br><br>LOUISIANA STATE UNIVERSITY AT EUNICE, et al.<br>Defendant | )<br>)<br>)<br>) Civil Action No. 6:21-CV-04036-MJJ-PJH<br>) Judge Michael J Juneau<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To:
**Kyle Smith**

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Kimonlyn Minor
> 409 S Bailey St
> Abbeville, LA 70510

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



CLERK OF COURT

Date: __12/14/2021__                              /s/ – Tony R. Moore