


CHARLOTTE NC 280
18 JAN 2022 PM 4 L

The Law Office of Keith Altman
33228 West 12 Mile Road
Ste. 375
Farmington Hills, MI 48334

United States Court House
515 Murray Street, Suite 105
Alexandria, Louisiana 71301

71301-607130