

**LSUE**
— Division of —
**Student Affairs**

November 5, 2020

Kimonlyn Minor
Sent electronically to 68138@mail.lsue.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2020006001

Dear Ms. Minor,

On October 28, 2020, you were involved in a possible violation of the Louisiana State University at Eunice Code of Student Conduct. Specifically, it is alleged that you are alleged to have used unauthorized materials on an exam in your NURS2532 course.. As a result, you are charged with the following violations of the LSU Eunice Code of Student Conduct:

- **Unauthorized Materials**
  Using materials, techniques or devices on an academic assignment that are prohibited; having any forbidden and unauthorized material in sight during a test/quiz will be considered utilization of the material.

- **Failure to Follow Course Requirements**
  Failure to adhere to standards of conduct for academic integrity that are promulgated by an academic unit and/or instructors.

Per Section 6.2 B of the Code of Student Conduct, you are required to meet with a student conduct hearing officer. This meeting has been scheduled for **Friday, November 6, 2020 at 9:00 AM in Office of Student Affairs, Acadian Center, Room 112**. If you cannot attend this meeting, please call the main office at 337-550-1218 to reschedule. Per Section 6.4 of the Code, the student conduct hearing officer will proceed with the accountability meeting in your absence and will issue a decision as to your responsibility.

We encourage you to refer to the LSU Eunice Code of Student Conduct at www.lsue.edu/student-code-of-conduct to review the accountability process and your rights and responsibilities as a charged student. Please complete and bring the attached student statement form to your meeting.

Per Section 10.1 of the Code of Student Conduct, you may not drop a course where an alleged violation of academic misconduct has occurred. Any student who drops the course without written permission from Student Affairs will be re-enrolled in the class.

If you have a disability and need accommodations for this meeting, please notify the Office of the Dean of Students via email at kdsmith@lsue.edu or call at 337-550-1218, and we will make the necessary arrangements.

Louisiana State University Eunice
PO Box 1129, 2048 Johnson Highway
Eunice, LA 70535-1129

**Success Starts Here.**

P (337) 550-1218
F (337) 550-1393
www.lsue.edu

Minor, Kimonlyn Appeal Documents                023

Concerned,

*Kyle Smith* (signature)

Kyle Smith
Associate Vice Chancellor for Student Affairs and Dean of Students