FROM:       Dr. Kyle Smith

DATE:       Wednesday, November 11, 2020

TIME:       11:30 AM

SUBJECT:    Additional information for Minor case for UHP review

**Follow-up conversation with Dr. Hawthorne, Nursing Program Director**

I called Dr. Lisa Hawthorne to inquire about some of Ms. Minor's statements in our meeting.

Dr. Hawthorne did confirm the paper was <u>not</u> folded. That was an incorrect detail in the report.

I told Dr. Hawthorne that Ms. Minor stated very strongly that she did not hesitate when Ms. Lafleur asked her to open her laptop to verify test completion.

Dr. Hawthorne stated that Ms. Lafleur had to ask Ms. Minor twice to open up her laptop. After the first time, she stated that the test was completed and did not comply with the initial request. After Ms. Lafleur asked a second time, Ms. Minor complied.