**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| To: | All Counsel of Record |
| Issued By: | Judge Robert R. Summerhays |
| Re: | Kimonlyn Minor v. Louisiana State University at Eunice, et al.<br>21-cv-4036 |
| Date: | March 3, 2022 |

**<u>MINUTE ENTRY</u>**

    The Motion to Dismiss [ECF No. 10] is REFERRED to the Magistrate Judge for Report and Recommendation.