UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| KIMONLYN MINOR | : | CIVIL ACTION NO. 6:21-CV-04036 |
| VERSUS | : | JUDGE MICHAEL J. JUNEAUX |
| LOUISIANA STATE UNIVERSITY AT EUNICE, ET AL | : | MAGISTRATE JUDGE PATRICK J. HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on this the 25th day of February 2022, I electronically filed the Motion to Dismiss Pursuant to FRCP 12(b)(4), 12(b)(5), and 12(b)(6) on behalf of Defendants, Louisiana State University at Eunice, the Board of Supervisors of Louisiana State University Agricultural and Mechanical College, and Dr. Kyle Smith, individually and in his official capacity as Associate Vice Chancellor for Student Affairs and Dean of Students for Louisiana State University at Eunice, with the Clerk of Court by means of its electronic filing system, CM/ECF. Notice of the filing will be sent to all parties who participate in electronic filing by operation of this Court's electronic filing system. Furthermore, a physical copy of this pleading was served on the Plaintiff in this matter, Ms. Kimonlyn Minor, on March 3, 2022, via certified mail, return receipt requested, at the following physical address:

Kimonlyn Minor, Pro Se
409 South Bailey Street
Abbeville, LA 70512

                                                  */s/ Cranay D. Murphy*
                                                   Cranay D. Murphy (36600)
                                                   Assistant Attorney General