

**PRIORITY MAIL EXPRESS**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

**PRIORITY MAIL EXPRESS®**

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006    EP13F May 2020

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 5 FLAT-RATE ENVELOPE
ComPlsPrice
062S0009993636
17405176
FROM 29720
stamps endicia
03/02/2022

**PRIORITY MAIL 3-DAY™**

0006

K Altman Law
33228 West 12 Mile Road
Suite 375
Farmington Hills MI 48334

C044

SHIP TO:
CLERK OF THE COURT
United States District Court,
DISTRICT OF WESTERN LOUISIANA
800 LAFAYETTE ST STE
LAFAYETTE LA 70501-6857

**USPS TRACKING #**

9405 5116 9900 0972 6231 87



UNITED STATES
POSTAL SERVICE