UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

**KIMONLYN MINOR**                                  **CASE NO.   6:21-CV-04036**

**VERSUS**                                          **JUDGE ROBERT R. SUMMERHAYS**

**LOUISIANA STATE UNIVERSITY AT**                   **MAGISTRATE JUDGE PATRICK J.**
**EUNICE ET AL**                                    **HANNA**

### NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Notice of Appearance and Motion to Appear PHV filed on March 07, 2022 by Plaintiff was DEFICIENT for the following reason(s):

- ✓ The document was signed by an attorney not admitted to practice before this court. If eligible, and your admission cannot be accomplished within ten days, you may provide a new signature page signed by a member of the bar of this court. See Fed.R.Civ.P.11 and LR11.1.

- ✓ For attorneys admitted *pro hac vice*, signature or endorsement of local counsel is required. Please refer to LR83.2.6 for more specific requirements.

- ✓ LR83.2.6 requires that visiting attorneys shall pay a $105.00 fee to the clerk of court.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.