U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

MAR 15 2022

TONY R. MOORE, CLERK
BY: _____ KW
        DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| KIMOLYN MINOR, | Case No. 6:21-cv-04036 |
| Plaintiff, | Hon. Michael J. Juneaux |
| | Mag. Patrick J. Hanna |
| v. | |
| LOUISIANA STATE UNIVERSITY AT EUNICE, et al., | |
| Defendants. | |

## PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR LEAVE FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT

**NOW COMES** Plaintiff KIMOLYN MINOR, with this PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR LEAVE FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT, hereby states the following:

1. Plaintiff filed her Complaint in this case on November 22, 2021. (ECF 1.)

2. Defendants were served with the Summons and Complaint on January 5, 2022, and January 6, 2022 (ECF 7 and 8).

3. No extension of time to respond to the Complaint was requested by Defendants.

4. On February 25, 2022, Defendants filed a Motion to Dismiss for Failure to State a Claim. (ECFs 10, 11.)

5. Plaintiff has been unable to secure counsel licensed in the State of Louisiana due to Defendant Louisiana State University's stature and popularity within the State of Louisiana.

6. Plaintiff makes this request based upon her inability to secure counsel, and the Court's unwillingness to permit an out-of-state lawyer – Attorney Keith Altman – to appear Pro Hac Vice without local counsel.

**WHEREFORE, Plaintiff,** upon good cause showing, move that Plaintiff's response to Defendants' Motion to Dismiss the Complaint for Failure to State a Claim be moved from March 18,

2022, to May 27, 2022, to allow Plaintiff additional time to secure local counsel.

Dated: March 15, 2022

Respectfully Submitted,

/s/ Kimolyn Minor
Kimolyn Minor
Plaintiff, Pro Se
409 South Bailey Street
Abbeville, Louisiana 70510
Telephone: (337) 492-3068
jordansereal09@gmail.com

**IT IS SO ORDERED.**

March ___. 2022

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2022, I served the foregoing

**PLAINTIFF'S MOTION AND [PROPOSED] ORDER FOR LEAVE FOR ADDITIONAL TIME TO RESPOND TO MOTION TO DISMISS COMPLAINT** on all Parties of record *via U.S. Mail, addressed as follows:*

Cranay D. Murphy T.A.
Assistant Attorney General
Louisiana Department of Justice
Division of Risk Litigation
556 Jefferson Street, 4th Floor
Lafayette, LA 70501

/s/Kimolyn Minor

Kimolyn Minor