UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO. 6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## ORDER

Considering the motion filed by Plaintiff (Rec. Doc. 18), pro se, requesting that the defendants' pending motion to dismiss be reset for the Court's May motion calendar, it is hereby

ORDERED that Plaintiff's motion is GRANTED such that the Clerk of Court shall RESET the pending motion to dismiss (Rec. Doc. 10) for this Court's May motion calendar. It is further

ORDERED that Plaintiff's out-of-state counsel shall contact the undersigned in chambers (337-593-5140) to discuss pro hac vice status.

SIGNED this 16th day of March, 2022 at Lafayette, Louisiana.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE