UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO. 6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

# O R D E R

It is hereby

ORDERED that Plaintiff's counsel file a new motion for pro hac vice enrollment in this case including a request for waiver of the local counsel requirement pursuant to LR83.2.7. Any waiver of the requirement of local counsel does not relieve Plaintiff's prospective counsel of the obligation to pay the $105 fee associated with appearances by visiting attorneys under LR83.2.6.

SIGNED at Lafayette, Louisiana this 23rd day of March, 2022.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE