# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| KIMOLYN MINOR, | Case No. 6:21-cv-04036 |
| Plaintiff, | Hon. Michael J. Juneaux |
| | Mag. Patrick J. Hanna |
| v. | |
| LOUISIANA STATE UNIVERSITY AT EUNICE, et al., | |
| Defendants. | |

## NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE

**PLEASE TAKE NOTICE** that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I, Keith Altman, will move this Court pursuant to Rules 83.2.6 and 83.2.7 of the Local Rules of the United States District Courts for the Western District of Louisiana, Lafayette Division for an order allowing the admission of movant, a member of the firm of the Law Office of Keith Altman and a member in good standing of the bar(s) of

the State(s) of California and Michigan, as attorney pro hac vice to argue or try this case in whole or in part as counsel for Plaintiff Kimolyn Minor. There are no pending disciplinary proceedings against me in any state or federal court.

Date: March 2, 2022        Respectfully Submitted,

Keith Altman *Pro Hac Vice to be Applied For*
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I served the foregoing document on Defendants of record via email.

Keith Altman, Esq.