UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| KIMOLYN MINOR, | Case No. 6:21-cv-04036 |
| Plaintiff, | Hon. Michael J. Juneaux<br>Mag. Patrick J. Hanna |
| v. | |
| LOUISIANA STATE UNIVERSITY AT EUNICE, et al., | |
| Defendants. | |

## AFFIDAVIT IN SUPPORT OF MOTION
## TO ADMIT COUNSEL PRO HAC VICE

I, Keith Altman, being duly sworn, hereby depose and say as follows:

1. I am a member of the Law Office of Keith Altman.

2. I submit this affidavit in support of my motion for admission to practice pro hac vice in the above-captioned matter.

3. As shown in the Certificates of Good Standing attached hereto, I am a member in good standing of the State Bars of California (SBN 257309) and Michigan (SBN P81702).

4. Pursuant to Local Rule 83.2.7, I request a waiver of the requirement of local counsel. Due to the Defendants' stature and popularity, it has been nearly impossible to find local counsel to assist Plaintiff with this lawsuit.

5. There are no pending disciplinary proceedings against me in any state or federal court.

6. I have not been convicted of a felony.

7. I have not been censured, suspended, disbarred, or denied admission.

**WHEREFORE,** your affiant respectfully requests that he be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case, appearing for Plaintiff.

Date: March 2, 2022  Respectfully Submitted,

*[signature]*

Keith Altman *Pro Hac Vice to be Applied For*
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2022, I served the foregoing document on Respondent of record via email.

*[signature]*

Keith Altman, Esq.