# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| KIMOLYN MINOR, | Case No. 6:21-cv-04036 |
| Plaintiff, | Hon. Michael J. Juneaux |
| | Mag. Patrick J. Hanna |
| v. | |
| LOUISIANA STATE UNIVERSITY AT EUNICE, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney Keith Altman hereby appears on behalf of the Plaintiff Kimolyn Minor and requests that a copy of all papers in this action be served upon him at the address below.

Date: March 2, 2022                     Respectfully Submitted,

Keith Altman *Pro Hac Vice to be Applied For*
Law Office of Keith Altman
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48331
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2022, I served the foregoing document on Respondent of record via email.

Keith Altman, Esq.