# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| KIMOLYN MINOR, | Case No. 6:21-cv-04036 |
| Plaintiff, | Hon. Michael J. Juneaux |
| | Mag. Patrick J. Hanna |
| v. | |
| LOUISIANA STATE UNIVERSITY AT EUNICE, et al., | |
| Defendants. | |

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Appear Pro Hac Vice absent local counsel, pursuant to Local Rule 83.2.7, is hereby granted.

Signed at LAFAYETTE, Louisiana, on this __25th__ day of March, 2022.

_____
Patrick J. Hanna
United States Magistrate Judge