# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO.   6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## NOTICE OF DEFICIENT DOCUMENT

**NOTICE TO FILER:**

The Amended Complaint filed on April 18, 2022 by Plaintiff was DEFICIENT for the following reason(s):

- ✓ Leave of court is required for the filing of this amended pleading. If this filing is one to which a responsive pleading is required, leave of court is required to file 21 days after service of the response or a motion under Rule 12(b)(e)(3) or (f). Other amendments require consent or leave of court. Please refer to Fed.R.Civ.P. 15(a) for further information regarding requirements for amendment of pleadings.

- ✓ You do not indicate whether opposing counsel consent to the granting of this ex parte motion. Please refer to LR7.4.1, 7.6, or 7.9 for specific instructions regarding statements of consent.
  The motion cannot be referred to chambers until this deficiency is corrected.

**Please electronically submit a "Corrective Document" <u>within 10 days</u> from the date of this notice or the document may be stricken by the court.   <u>PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."</u>**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.