UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMONLYN MINOR,**<br>*Plaintiff,*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY AT EUNICE,** by and through its Board of Supervisors; **KYLE SMITH,** in his individual and official capacity; and DOES 1-20, inclusively,<br>*Defendants.* | CASE NO. 6:21-cv-04036<br><br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

NOW COMES Plaintiff, Kimolyn Minor, by and through her counsel, Keith Altman, and files her motion for leave to amend the complaint. For the reasons stated in the accompanying brief in support, Plaintiff respectfully requests that this Court GRANT the motion.

Date: April 27, 2022

*/s/Keith Altman*
Keith Altman, Esq.
*Pro Hac Vice*
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMONLYN MINOR,**<br>*Plaintiff,*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY AT EUNICE,** by and through its Board of Supervisors; **KYLE SMITH,** in his individual and official capacity; and DOES 1-20, inclusively,<br>*Defendants.* | CASE NO. 6:21-cv-04036<br><br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

### A. Procedural History

Plaintiff commenced this action *pro se* on November 22, 2021.  In response to the Complaint, Defendants filed their Motion to Dismiss on February 25, 2022.  Plaintiff requested and was granted an extension of time to respond to the Motion due to her being pro se, and being unable to secure local counsel.  The Court then allowed Counsel to appear *pro hac vice* absent local counsel on March 25, 2022.

After Counsel appeared in the action, the extension of time to respond was shortened to April 18, 2022. Plaintiff filed her Amended Complaint on April 18, 2022, however the Court has requested the present motion be filed in order to allow the filing of the Amended Complaint.

## LEGAL STANDARD

Fed. R. Civ. 15(a)(2) provides that courts should "freely give leave" to the moving party to amend the complaint "when justice so requires." The court has discretion to grant or deny a request for leave to file and amended pleading. *Zenith Radio Corp. v. Hazeltine Research, Inc.,* 401 U.S. 321 (1971).

Leave to amend is not automatic. *Jones v. Robinson Prop. Grp., L.P.*, 427 F.3d 987 (5th Cir. 2005). The federal rules' policy "is to permit liberal amendment to facilitate determination of claims on the merits and to prevent litigation from becoming a technical exercise in the fine points of pleading," *Dussouy v. Gulf Coast Inv. Corp.,* 660 F.2d 594 (5th Cir. 1981).

The Court "may consider a variety of factors" when deciding whether to grant leave to amend, "including undue delay, bad faith or dilatory motive on the part of the movant, repeated failures to cure deficiencies by amendments previously allowed undue prejudice to the opposing party by virtue of allowance of the amendment, and futility of the amendment." *Jones* at 994.

Rule 15(a) provides a "strong presumption in favor of granting leave to amend," *Fin. Acquisition Partners, LP v. Blackwell*, 440 F.3d 278 (5th Cir. 2006), The Court must do so "unless there is a substantial reason to deny leave to amend," *Dussouy* at 598.

## ARGUMENT

a. **No Undue Burden**

Plaintiff has not unduly delayed in bringing this motion to amend. Discovery has not yet gotten underway, and neither party will be prejudiced by the filing of the Amended Complaint. Plaintiff's proposed amendment would merely clarify the claims upon which they rely without significantly expanding or altering the scope of the action.

b. **Bad faith by the moving party.**

There has been no bad faith here by the plaintiff. Plaintiff believes it is unlikely that there likely be any alleged bad faith in response. Should bad faith be raised in a Reponses to this Motion, Plaintiff will reply accordingly.

## CONCLUSION

In view of the foregoing, Plaintiff respectfully requests that this Court grant her motion to amend the complaint.

Date: April 27, 2022

/s/Keith Altman
Keith Altman, Esq.
*Pro Hac Vice*
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com