UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO.  6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**O R D E R**

Before the Court is Plaintiff's motion to amend her complaint.[1]  Defendants oppose the motion, citing futility.[2]  As is the custom of this Court, it is hereby

ORDERED that Plaintiff's motion to amend is GRANTED.

Based on review of the record in this matter, it is this Court's finding that defendants' pending pre-amendment motion to dismiss should be and is now DENIED as MOOT.[3]  Defendant may file a new motion to dismiss in response to Plaintiff's amended complaint, if desired.

SIGNED at Lafayette, Louisiana this 24th day of May, 2022.

_____
PATRICK J. HANNA
UNITED STATES MAGISTRATE JUDGE

---

[1] Rec. Doc. 29.
[2] Rec. Doc. 31.
[3] 1 Steven S. Gensler, *Federal Rules of Civil Procedure, Rules and Commentary Rule 15*; *Beroid v. LaFleur*, Civ. Act. No. 21-cv-516, 2022 WL 396165 (Jan. 24, 2022) (adopted by 2022 WL 393630 (Feb. 8, 2022); *Deshotel v. PayPal, Inc.*, Civ. Act. No. 19-cv-0373, 2019 WL 4010992 (W.D. La. Aug. 22, 2019); *Ultravision Technologies, LLC v. Eaton Corp., PLC*, 2019 WL 11250161, *1 (E.D. Tex. Nov. 8, 2019) (collecting cases); *Probado Technologies Corp. v. Smartnet, Inc.*, 2010 WL 918573, *1 (S.D. Tex. Mar. 12, 2010).