

— Division of —
**Student Affairs**

November 6, 2020

Kimonlyn Minor
Sent electronically to 68138@mail.lsue.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2020006001

Dear Ms. Minor,
Student ID: 68138

On November 6, 2020, you met with conduct officer, who after a review of the information, has made the
following determinations regarding your responsibility for the following charges from the LSU Eunice
Code of Student Conduct:

- Unauthorized Materials -- **Responsible**
  Using materials, techniques or devices on an academic assignment that are prohibited; having
  any forbidden and unauthorized material in sight during a test/quiz will be considered utilization
  of the material.

- Failure to Follow Course Requirements -- **Responsible**
  Failure to adhere to standards of conduct for academic integrity that are promulgated by an
  academic unit and/or instructors.

Subsequently, you are assigned the following outcome(s):

- You will receive zero credit for Exam 2 in NURS2532-25.

The following rationale has been provided by the hearing officer/panel:

*According to Section 11.4.A.1. of the Code of Student Conduct, the minimum sanction for a violation for
academic misconduct must be a failing grade in the course. I found mitigating circumstances to be Ms.
Minor's status as a first generation college student to lower the sanction to failing the assignment. Also
according to Section 11.4.A.1. of the Code, "in no instance may the Student receive credit for the exam on
which the violation occurred."*

Per Section 6.0 of the Code of Student Conduct, you have the right to accept or decline this outcome. By
accepting the outcome, you agree to comply with the outcome and deadlines included in this letter, as
well as accept responsibility for your actions in this case. To accept, you may simply work towards the
deadlines (if any) for the above listed sanctions. There is no need to respond.

However, you may also decline the outcome in this letter and request that the case be reheard by a

Louisiana State University Eunice
PO Box 1129, 2048 Johnson Highway
Eunice, LA 70535-1129

**Success Starts Here.**

P (337) 550-1218
F (337) 550-1393
www.lsue.edu

University Hearing Panel (UHP). In this instance, a UHP will issue a decision that will replace the outcome in this letter. You may request a UHP by requesting a hearing by emailing the Dean of Students at kdsmith@lsue.edu within three (3) days of the date of this letter.

You will be required to complete any conditions or activities as directed in this letter. Please understand that should you fail to complete any portion of this outcome, a registration hold may be placed on your record and will remain until all outcome requirements are completed.

Per Section 10.1 of the Code of Student Conduct, "A student found responsible for Academic Misconduct may NOT drop the course in which the violation occurred. Any Student who drops the course without written permission from Student Affairs will be re-enrolled in the class and then given the appropriate grade post Outcome."

If you have any questions, please email kdsmith@lsue.edu or call 337-550-1218.

Sincerely,

Kyle Smith
Associate Vice Chancellor for Student Affairs and Dean of Students