

November 16, 2020

Kimonlyn Minor
Sent electronically to 68138@mail.lsue.edu

**PERSONAL AND CONFIDENTIAL**

Regarding Case Number: 2020006001

Dear Ms. Minor,

The University Hearing Panel (UHP) held a hearing on November 16, 2020 to review charges brought against you for allegedly violating the Louisiana State University at Eunice Code of Student Conduct. Based on the information presented at the Hearing, the University Hearing Panel has issued the following findings related to the Code of Student Conduct:

- Unauthorized Materials -- **Responsible**
  Using materials, techniques or devices on an academic assignment that are prohibited; having any forbidden and unauthorized material in sight during a test/quiz will be considered utilization of the material.

- Failure to Follow Course Requirements -- **Responsible**
  Failure to adhere to standards of conduct for academic integrity that are promulgated by an academic unit and/or instructors.

You are being issued the following sanction(s):

- You will receive zero credit for Exam 2 in NURS2532.

The following rationale was provided by the University Hearing Panel:

*Although the statements you provided are at odds with the charges, the UHP concurred that there was a preponderance of evidence to suggest that you were responsible for both charges. The UHP decided to uphold the original sanctions, which are the most minimal sanctions that can be applied in cases of academic misconduct.*

You may appeal the decision of the University Hearing Panel and/or the sanctions imposed in writing, within five (5) business days of the date of this letter. Appeals are submitted to Dr. Kyle Smith, Louisiana State University at Eunice, Dean of Students, P.O. Box 1129, 2048 Johnson Hwy, Eunice, LA 70535. All supporting documentation, when appropriate or requested, shall be included with the appeal.

Such appeal must be based on (1) whether or not bias is able to be demonstrated amongst the members of the UHP, (2) whether or not there has been a significant departure from the procedures, definitions, or

Louisiana State University Eunice
PO Box 1129, 2048 Johnson Highway
Eunice, LA 70535-1129

Success Starts Here.

P (337) 550-1218
F (337) 550-1393
www.lsue.edu

standards in the Code of Student Conduct, and/or (3) whether or not new evidence is introduced that was not available at the time of the hearing. The appeal must clearly identify which of these bases for appeals are being contested.

Sincerely,

Kyle Smith
Associate Vice Chancellor for Student Affairs and Dean of Students