**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Minor v. Louisiana State University at Eunice et al (21-cv-4036)

Date: June 13, 2022

**<u>MINUTE ENTRY</u>**

    The First Motion for Leave to File Excess Pages re: Motion to Dismiss [ECF No. 34] is REFERRED to the Magistrate Judge.