UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| KIMONLYN MINOR | : | CIVIL ACTION NO. 6:21-CV-04036 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| LOUISIANA STATE UNIVERSITY AT EUNICE, ET AL | : | MAGISTRATE JUDGE PATRICK J. HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

**ORDER**

CONSIDERING the foregoing Motion of Defendants for Leave to Exceed Page Limitation pursuant to Local Rule 7.8W,

IT IS ORDERED that defendants, LOUISIANA STATE UNIVERSITY AT EUNICE, the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVIERSITY AGRICULTURAL AND MECHANICAL COLLEGE and KYLE SMITH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ASSOCIATE VICE CHANCELLOR FOR STUDENT AFFAIRS AND DEAN OF STUDENTS FOR LOUISIANA STATE UNIVERSITY AT EUNICE, be and they are hereby granted leave to file their Memorandum in Support of Motion to Dismiss Pursuant to Rules12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6)  in excess of the page limitation found in LR 7.8W.

Lafayette, Louisiana, this __14th__ day of ___June_____, 2022.

_____
UNITED STATES ~~DISTRICT~~ JUDGE