UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| KIMONLYN MINOR | : | CIVIL ACTION NO. 6:21-CV-04036 |
| VERSUS | : | JUDGE ROBERT R. SUMMERHAYS |
| LOUISIANA STATE UNIVERSITY AT EUNICE, ET AL | : | MAGISTRATE JUDGE PATRICK J. HANNA |

: : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : :

### MOTION TO DISMISS ORIGINAL AND AMENDED COMPLAINTS PURSUANT TO FRCP 12(b)(1), 12(b)(4), 12(b)(5), AND 12(b)(6)

NOW INTO COURT, through undersigned counsel, come Defendants, **LOUISIANA STATE UNIVERSITY AT EUNICE (hereinafter "LSUE"), the BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVIERSITY AGRICULTURAL AND MECHANICAL COLLEGE (erroneously referred to as "The LSUE Board of Supervisors)(hereinafter "the BOARD"), and DR. KYLE SMITH, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS ASSOCIATE VICE CHANCELLOR FOR STUDENT AFFAIRS AND DEAN OF STUDENTS FOR LOUISIANA STATE UNIVERSITY AT EUNICE (hereinafter "DR. SMITH")**, who respectfully submit this Motion to Dismiss in response to the Complaint filed by Plaintiff, Kimonlyn Minor, on November 22, 2021, in the above-captioned matter. Defendants seek the prejudicial dismissal of Plaintiff's claim(s) against them pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(4), 12(b)5), and 12(b)(6) for the reasons set forth more fully in the accompanying Memorandum in Support.

Respectfully submitted:

**JEFF LANDRY
ATTORNEY GENERAL**

/s/ *Cranay D. Murphy*
Cranay D. Murphy T.A. (36600)
Assistant Attorney General
Louisiana Department of Justice –
Division of Risk Litigation
556 Jefferson Street, 4th Floor
Lafayette, Louisiana   70501
Telephone: (337) 262-1700
Facsimile: (337) 262-1707
Email: Murphyc@ag.louisiana.gov
Counsel for Defendants, Louisiana State University at Eunice, the Board of Supervisors of Louisiana State University Technical and Mechanical College, and Kyle Smith, individually and in his official capacity as Vice Chancellor for Student Affairs and Dean of Students for Louisiana State University at Eunice