UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO. 6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The MOTION to Dismiss filed on June 14, 2022, by Louisiana State University at Eunice, Kyle Smith was DEFICIENT for the following reason(s):

- ✓ This motion requires a memorandum in support. Please see LR7.4 for more specific information.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court. PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."** All filing deadlines previously set remain in effect. Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.