UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMONLYN MINOR,**<br>*Plaintiff,*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY AT EUNICE,** by and through its Board of Supervisors; **KYLE SMITH,** in his individual and official capacity; and DOES 1-20, inclusively,<br>*Defendants.* | CASE NO. 6:21-cv-04036-RRS-PJH<br><br><br>PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS |

**NOW COMES** Plaintiff, Kimolyn Minor, by and through her counsel, Keith Altman, and files her Motion for Extension of Time to Respond to Defendants Motion to Dismiss. For the reasons stated in the accompanying brief in support, Plaintiff respectfully requests that this Court GRANT the motion.

| | |
|---|---|
| Date: June 20, 2022 | */s/Keith Altman*<br>Keith Altman, Esq.<br>*Pro Hac Vice*<br>The Law Office of Keith Altman<br>33228 West 12 Mile Road - Suite 375<br>Farmington Hills, Michigan 48334<br>Telephone: (248) 987-8929<br>keithaltman@kaltmanlaw.com |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMONLYN MINOR,**<br>　　　　*Plaintiff,*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY AT EUNICE, by and through its Board of Supervisors; KYLE SMITH, in his individual and official capacity; and DOES 1-20, inclusively,**<br>　　　　*Defendants.* | CASE NO. 6:21-cv-04036-RRS-PJH<br><br><br>PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

## BRIEF IN SUPPORT OF PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS

NOW COMES Plaintiff Kimonlyn Minor, by and through her attorney, with this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and hereby state the following:

On June 14, 2022, the Court issued an Order granting Defendants Motion to Exceed Page Limits on Defendants forthcoming Motion to Dismiss. (ECF 36).

Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(4), 12(b)(5) and 12(b)(6) on June 14, 2022 (ECF 37).

Plaintiff's Response to Defendant's Motion to Dismiss is due on July 5, 2022.

Within the past year, Plaintiff's attorney has become legally blind. While accommodations are being put into place, it takes Mr. Altman considerably longer to read, write and prepare documents.

Plaintiff respectfully requests a 30-day extension of time to file their Response to Defendants Motion to Dismiss, making the Response due on or before August 4, 2022.

Plaintiff has conferred with the Defendants on the present Motion. Defendants have advised that they will not oppose the Motion.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

## **CONCLUSION**

WHEREFORE, Plaintiff respectfully requests that this Court grant the forgoing motion.

Date: June 20, 2022

/s/Keith Altman
Keith Altman, Esq.
*Pro Hac Vice*
The Law Office of Keith Altman
33228 West 12 Mile Road - Suite 375
Farmington Hills, Michigan 48334
Telephone: (248) 987-8929
keithaltman@kaltmanlaw.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIMONLYN MINOR,** *Plaintiff,* v. **LOUISIANA STATE UNIVERSITY AT EUNICE,** by and through its Board of Supervisors; **KYLE SMITH,** in his individual and official capacity; and DOES 1-20, inclusively, *Defendants.* | CASE NO. 6:21-cv-04036-RRS-PJH PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

## CERTIFICATE OF SERVICE

The undersigned hereby states that on June 20, 2022, he caused the foregoing document to be filed electronically with the United States District Court and that a copy of said document was sent to all counsel of record through the Court's CM/ECF filing system.

*/s/Keith Altman*
Keith Altman, Esq.