**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

To: All Counsel of Record

Issued By: Judge Robert R. Summerhays

Re: Minor v. Louisiana State University at Eunice et al (21-cv-4036)

Date: June 21, 2022

## MINUTE ENTRY

The Motion to Dismiss [ECF No. 37] is REFERRED to the Magistrate Judge.