UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR,**<br>　　　　　　　*Plaintiff,*<br><br>v.<br><br>**LOUISIANA STATE UNIVERSITY AT EUNICE,** by and through its Board of Supervisors; **KYLE SMITH,** in his individual and official capacity; and **DOES 1-20,** inclusively,<br>　　　　　　　*Defendants.* | CASE NO. 6:21-cv-04036-RRS-PJH<br><br><br>PLAINTIFF'S [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS MOTION TO DISMISS |

This matter having come before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, and the Court being fully advised on the premises;

IT IS HEREBY ORDERED that Plaintiff shall have to and including August 4, 2022 to file their response in opposition to Defendants' Motion to Dismiss [ECF 37].

**SO ORDERED.**

Dated: June \_\_\_, 2022

_____
Honorable Patrick J. Hanna
UNITED STATES MAGISTRATE JUDGE