**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO.   6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE ET AL** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

**NOTICE OF DEFICIENT DOCUMENT**

**NOTICE TO FILER:**

The MOTION for Leave to File Excess Pages filed on August 10, 2022, by Kyle Smith was DEFICIENT for the following reason(s):

- ✓    A table of contents and table of cases, statutes and other authorities is required for a brief which exceeds ten pages. Please see LR7.8 for specific requirements regarding table of contents.

**Please electronically submit a "Corrective Document" within 10 days from the date of this notice or the document may be stricken by the court.   PLEASE ENTITLE THE SUBMISSION, "CORRECTIVE DOCUMENT."**   All filing deadlines previously set remain in effect.   Issuance of this deficiency does not amount to an extension of any deadline.

For questions regarding this document or transmission, please call our CM/ECF help desk at 1-866-323-1101.