UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **KIMONLYN MINOR** | **CASE NO. 6:21-CV-04036** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LOUISIANA STATE UNIVERSITY AT EUNICE, ET AL.** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court is a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(4), 12(b)(5), and 12(b)(6) filed on behalf of all named defendants. (Rec. Doc. 37). This motion was referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion to dismiss (Rec. Doc. 37) is GRANTED. Specifically, all claims asserted against LSUE and the LSUE Board of Supervisors pursuant to 42 U.S.C. § 1983 for money damages are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(1). All other claims asserted against LSUE are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(4); all other claims asserted against the LSUE Board of Supervisors are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(5). All claims asserted against defendant Kyle Smith in his official capacity are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(1); all claims asserted against defendant Kyle Smith in his individual capacity are

DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6). All claims asserted against Doe Defendants 1-20 are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 12(b)(6).

SIGNED at Lafayette, Louisiana, this 25th day of April, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE